**Elmer SCHMITT, Respondent-Appellant,**

**v.**

**Pauline SCHMITT, Appellant-Respondent.**

**Nos. 48950, 48882.**

Missouri Court of Appeals, Eastern District.

Aug. 20, 1985.

Dana Hockensmith, Weier, Sherby, Hockensmith & Schoene, Hillsboro, for Elmer Schmitt.

John B. Kistner, Rothman, Sokol & Adler, St. Louis, for Paulien Schmitt.

**ORDER**

**PER CURIAM.**

Wife appeals from division of property and denial of maintenance provisions of the decree in a dissolution of marriage proceeding. An extended opinion would have no precedential value and the judgment is affirmed pursuant to Rule 84.16(b).